| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Crystle Lindsey (SBN 281944)<br>GHIDOTTI \| BERGER, LLP<br>1920 Old Tustin Avenue<br>Santa Ana, CA 92705<br>Phone: (949) 4272010<br>Fax: (949) 4272732<br>Email: clindsey@ghidottiberger.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff TVC Funding IV REO, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Dayo Beverly<br><br>Debtor(s). | CASE NO.: 1:26-bk-10131-MB<br>ADVERSARY NO.: 1:26-ap-01021-MB<br>CHAPTER: 7 |
| TVC Funding IV REO, LLC<br><br>Plaintiff(s).<br><br>vs.<br><br>Dayo Beverly<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 06/25/2026<br>TIME: 1:30 p.m.<br>COURTROOM: 303<br>ADDRESS: United States Bankruptcy Court<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. <u>PLEADINGS/SERVICE</u>:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| November 2026 | January 2027 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| The § 727 claim turns on Defendant's knowledge and intent, which Plaintiff must develop through written discovery and Defendant's deposition before trial. | Need to conduct discovery |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| September 2026 | October 2026 |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Plaintiff intends to propound requests for admission, interrogatories, and requests for production, to take the deposition of Defendant, and may seek limited third party discovery and documentation. | Requests for admission, special interrogatories, requests for production |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| Approximately 1 to 2 days | 1 to 2 days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 3 to 4 witnesses, including a representative of Plaintiff and Defendant called as an adverse witness | 2 to 3 witnesses |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
| --- | --- |
| Approximately 30 to 40 exhibits | 10 to 20 exhibits |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference ☒ is ☐ is not requested<br>Reasons:<br>A pretrial conference will assist the parties and the Court in narrowing the issues, witnesses, and exhibits for trial. | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference should be set after:<br>(*date*) 10/12/2026 | Pretrial conference should be set after:<br>(*date*) 10/30/2026 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties have not engaged in settlement discussions as of the date of this report.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
| --- | --- |
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
| --- | --- |
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff:
This adversary proceeding presents a single claim under 11 U.S.C. § 727(a)(4)(A) and is a core proceeding under 28 U.S.C. § 157(b)(2)(J). Plaintiff consents to the entry of a final judgment by the bankruptcy court. The matter turns on a narrow and largely documentary record and can be tried efficiently.

Defendant:
Defendant contends that Plaintiff does not have standing to bring this action. Whether Plaintiff has a valid and enforcable claim against Defendant is disputed.

Respectfully submitted,

| | |
| --- | --- |
| Date: 06/04/2026 | Date: 06/10/2026 |
| GHIDOTTI I BERGER, LLP<br>Printed name of law firm | Frazee Law Group<br>Printed name of law firm |
| /s/ Crystle Lindsey<br>Signature | /s/RoseAnn Frazee<br>Signature |
| Crystle Lindsey<br>Printed name | RoseAnn Frazee<br>Printed name |
| Attorney for: Plaintiff TVC Funding IV REO, LLC | Attorney for: Defendant Dayo Beverly |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1920 Old Tustin Ave. , Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/11/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Defendant's Counsel: Roseann Frazee, roseann@frazeelawgroup.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/11/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant: Dayo Beverly, c/o Frazee Law Group, 5133 Eagle Rock Boulevard, Los Angeles, CA 90041

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/11/2026 | Salina Padilla | /s/ Salina Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |